### FLEMING v. UNITED STATES.

(Circuit Court, S. D. New York. January 13, 1899.)

No. 2,749.

1. CUSTOMS DUTIES—CLASSIFICATION—MAGNESIC FIRE-BRICK.

Certain magnesic brick, glazed, not known in commerce as fire-brick, are not within the provision in Tariff Act Aug. 28, 1894, c. 349, § 1, Schedule B, par. 77, 28 Stat. 512, for "magnesic fire-brick," but are dutiable as "brick * * * glazed," under paragraph 76 of said act.

Appeal by Fleming & Co. from a decision of the Board of General Appraisers, which affirmed the decision of the collector of customs at the port of New York. See G. A. 3266.

Howard T. Walden, for importers.

Henry C. Platt, Asst. U. S. Atty.

WHEELER, District Judge. These importations are of brick, returned by the appraiser as glazed brick, and assessed at 30 per cent., under paragraph 76, Schedule B, § 1, c. 349, Tariff Act Aug. 28, 1894 (28 Stat. 512), against a protest that they are dutiable as "magnesic fire-brick," under paragraph 77, at one dollar per ton. Further testimony has been taken. The question on the whole is whether these

are so magnesic fire-brick as to sustain the protest. On careful examination of all, they do not appear to be, in commerce, fire-brick, and the same conclusion is reached as was before in Fleming Cement & Brick Co. v. United States (C. C.) 84 Fed. 158.

Decision affirmed.